**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff**

**v.**                                                      **Civil No. 4:13cv553-RH/CAS**

**PROCEEDS OF 138 MISCELLANEOUS
PREPAID DEBIT CARD ACCOUNTS IN
THE APPROXIMATE AMOUNT OF
$360,000.00 IN U.S. CURRENCY**

    **Defendant**

_____/

## DECREE OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Decree of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on October 3, 2013, a Verified Complaint of Forfeiture in Rem against the defendant property, Proceeds of 138 Miscellaneous Prepaid Debit Card Accounts in the Approximate Amount of $360,000.00 in U.S. Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 18, U.S.C. § 981(a)(1)(C).

WHEREAS, on November 1, 2013, notice of the pending forfeiture action was mailed to Bancorp Bank, potential claimant, at 6100 South Old Village Place, Sioux

Falls, South Dakota 57108 via certified mail and was received on November 4, 2013.

WHEREAS, on November 1, 2013, notice of the pending forfeiture action was mailed to John Raskin of AccountNow Inc., potential claimant, at 2603 Camino Ramon, Suite 485, San Ramon, California 94583 via certified mail and was received on November 4, 2013.

WHERAS, on November 1, 2013, notice of pending forfeiture action was mailed to the Internal Revenue Service, potential claimant, at 801 North Broadway, MDP-36, Nashville, Tennessee 37202. The notice package was delivered on November 6, 2013.

WHEREAS, on November 1, 2013, notice of pending forfeiture action was mailed to McKenzie Francois, potential claimant, at 4005 SW 52nd Avenue, Apartment 202, Hollywood, Florida 33023 via certified mail and was received on November 14, 2013.

WHEREAS, Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning November 2, 2013, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

WHEREAS, no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, Proceeds of 138 Miscellaneous Prepaid Debit Card Accounts in the

Amount of $369,189.56 in U.S. Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

SO ORDERED on January 18, 2014.

s/Robert L. Hinkle<br>United States District Judge